IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3162 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the motion requesting additional documents (filing no. 11) is denied in light of Respondent's response (filing no. 14).

DATED this 5th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge