IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WILLIAM E. SMITH, | ) | |
|---|---|---|
| Petitioner, | ) | 4:16CV3162 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) The praecipe for bill of exception (filing no. 17) is denied.

(2) The letter (filing no. 15) construed as a motion to amend the description of Claim One is granted, in that Claim One (b) should properly be stated as "was denied effective assistance of appellate counsel regarding the assault and weapons convictions . . .".

DATED this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge