IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SMITH, | ) | |
| Petitioner, | ) | 4:16CV3162 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent shall file his response to Petitioner's Motion Requesting Respondent's Designation of State Court Records in its Entirety (filing no. 23) on or before June 1, 2017.

DATED this 22nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge