IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SMITH, | ) | |
| Petitioner, | ) | 4:16CV3162 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's Motion Requesting Respondent's Designation of State Court Records In Its Entirety (filing no. 23) is denied, based on Respondent's response.

(2) Petitioner's Motion For Extension of Time to File Reply to Respondent's Brief (filing no. 25) is granted. Petitioner's reply brief due date is extended June 22, 2017.

DATED this 31st day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge