IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SMITH, | ) | |
| Petitioner, | ) | 4:16CV3162 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Petitioner's Motion for Leave to File Attached Motion (filing no. 28) is granted, but only as to page 1 of filing no. 28.

(2) Respondent shall file a response to the "Conditioning Stay and Abeyance" appearing as filing no. 28, pages 2-6, no later than June 16, 2017.

DATED this 6th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge