IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3162 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

(1) The petitioner's motion for a stay and abeyance (filing no. 28) is denied due to a lack of a showing of good cause.

(2) Petitioner shall have until close of business Monday, July 17, 2017, to submit his response to the brief of the Respondent (filing no. 22). No further extensions of time will be granted.

DATED this 15th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge