IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM E. SMITH, | ) |
| Petitioner, | ) 4:16CV3162 |
| v. | ) |
| SCOTT R. FRAKES, | ) ORDER |
| Respondent. | ) |

IT IS ORDERED that Petitioner's Motion for Leave to File Attached Motion (filing no. 34) is denied.

DATED this 26th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge